**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REID, JAMES SCOTT § Case No. 13-44882
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/19/2013. The undersigned trustee was appointed on 11/19/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      29,987.50

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 12.00 |
| Bank service fees | 555.74 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 29,419.76 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

    6. The deadline for filing non-governmental claims in this case was 07/07/2014 and the deadline for filing governmental claims was 05/19/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,748.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $3,748.75, for a total compensation of $3,748.75$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00$^2$.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/20/2015        By: /s/ David R. Brown
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

    $^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 13-44882  
**Case Name:** REID, JAMES SCOTT  
**For Period Ending:** 11/20/2015

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 11/19/2013 (f)  
**§ 341(a) Meeting Date:** 12/17/2013  
**Claims Bar Date:** 07/07/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence - Single Family Home At 9 Hawkins Circ | 525,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank Savings Account #Xxxx3107 Total Balan | 263.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank Checking Account #Xxxx5592 Total Bala | 663.75 | 0.00 | | 0.00 | FA |
| 4 | Ameritrade Account Xxxx2079 | 903.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture And Furnishings. | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Flat Screen Tvs | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Dell Desktop Computer And Monitor- Four Years Ol | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Samsung Phone | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Personal Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding Ring - Gold | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Watch. | 75.00 | 0.00 | | 0.00 | FA |
| 12 | Digital Camera - Four Years Old | 250.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| Case No.: | 13-44882 | Trustee Name: | (330580) David R. Brown |
| Case Name: | REID, JAMES SCOTT | Date Filed (f) or Converted (c): | 11/19/2013 (f) |
| | | § 341(a) Meeting Date: | 12/17/2013 |
| For Period Ending: | 11/20/2015 | Claims Bar Date: | 07/07/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Life Insurance Policies With Northwestern Mutual | 43,161.17 | 0.00 | | 0.00 | FA |
| 14 | Roth Ira Nw Mutual Xxxx9922 | 8,738.58 | 0.00 | | 0.00 | FA |
| 15 | 401K Rollover Account - Merrill Edge Xxxx1r33 | 39,570.00 | 0.00 | | 0.00 | FA |
| 16 | 401K Rollover Chase Xxxx4242 | 157,633.00 | 0.00 | | 0.00 | FA |
| 17 | 401K American Funds Acct # Xxx0409 | 17,735.00 | 0.00 | | 0.00 | FA |
| 18 | Membership In Arthree, Llc, Management Company F | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2007 Honda Odyssey - Jointly Owned With Non-Fili | 2,300.00 | 0.00 | | 0.00 | FA |
| 20 | 2008 Audi S6 | 24,700.00 | 0.00 | | 0.00 | FA |
| 21 | 2002 Jeep Liberty - In Possession Of Son In Indi | 2,000.00 | 0.00 | | 0.00 | FA |
| 22 | Various Tools | 750.00 | 0.00 | | 0.00 | FA |
| 23 | Advance commissions from employment at Logistics Solutions Holdings. May be subject to recoupment by employer due to non-collection. Net value listed (u)<br>Asset listed on Debtor's amended Schedule B. | 34,864.00 | 30,000.00 | | 29,987.50 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| Case No.: | 13-44882 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | REID, JAMES SCOTT | Date Filed (f) or Converted (c): | 11/19/2013 (f) |
| | | § 341(a) Meeting Date: | 12/17/2013 |
| For Period Ending: | 11/20/2015 | Claims Bar Date: | 07/07/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 24 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| 25 | Possible 2013 income tax refund with wife. Subject to set-off by IRS for amounts due and owing (u)<br>Asset listed on Amended Schedule B | Unknown | Unknown | | 0.00 | FA |
| | Assets        Totals     (Excluding unknown values) | $861,956.50 | $30,000.00 | | $29,987.50 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee to review claims and file objections thereto if necessary and then the Final Report will be filed.

| Initial Projected Date Of Final Report (TFR): | 06/30/2015 | Current Projected Date Of Final Report (TFR): | 11/20/2015 |
| --- | --- | --- | --- |

UST Form 101-7-TFR (5/1/2011)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 13-44882 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | REID, JAMES SCOTT | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0696 | Account #: | **********7555 Checking |
| For Period Ending: | 11/20/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/2014 | {23} | JAMES A. REID | turnover of non-exempt property Commissions due from employer | 1229-000 | 12,500.00 | | 12,500.00 |
| 03/13/2014 | {23} | JAMES A. REID | turnover of non-exempt property Reversal check returned NSF | 1229-000 | -12,500.00 | | 0.00 |
| 03/19/2014 | {23} | James S. Reid | turnover of non-exempt property | 1229-000 | 17,000.00 | | 17,000.00 |
| 04/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 16,990.00 |
| 05/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 24.44 | 16,965.56 |
| 06/06/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 25.22 | 16,940.34 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 24.37 | 16,915.97 |
| 07/24/2014 | {23} | James S. Reid | turnover of funds | 1229-000 | 2,000.00 | | 18,915.97 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 25.53 | 18,890.44 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                                         ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 13-44882 | | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- | --- |
| Case Name: | REID, JAMES SCOTT | | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0696 | | Account #: | **********7555 Checking |
| For Period Ending: | 11/20/2015 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.08 | 18,862.36 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.14 | 18,835.22 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.00 | 18,807.22 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.06 | 18,780.16 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.92 | 18,752.24 |
| 02/04/2015 | {23} | James S. Reid | turnover of funds Cashier's check drawn on JP Morgan Chase Bak | 1229-000 | 5,000.00 | | 23,752.24 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.88 | 23,724.36 |
| 02/11/2015 | 1001 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 12.00 | 23,712.36 |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.65 | 23,681.71 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case No.: | 13-44882 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | REID, JAMES SCOTT | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0696 | Account #: | **********7555 Checking |
| For Period Ending: | 11/20/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2015 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 35.21 | 23,646.50 |
| 04/17/2015 |  | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 |  | 23,646.50 | 0.00 |
|  |  |  | COLUMN TOTALS |  | 24,000.00 | 24,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 23,646.50 |  |
|  |  |  | Subtotal |  | 24,000.00 | 353.50 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $24,000.00 | $353.50 |  |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 13-44882 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | REID, JAMES SCOTT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0696 | Account #: | ******5266 Checking Account |
| For Period Ending: | 11/20/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 23,646.50 | | 23,646.50 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.73 | 23,631.77 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.85 | 23,598.92 |
| 06/04/2015 | {23} | James S Reid | Turnover of commissions | 1229-000 | 2,500.00 | | 26,098.92 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.20 | 26,059.72 |
| 07/15/2015 | {23} | James Scott Reid | drawn on Chase Bank | 1229-000 | 3,487.50 | | 29,547.22 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.23 | 29,505.99 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.02 | 29,464.97 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.21 | 29,419.76 |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                                     ! - transaction has not been cleared

Case 13-44882 Doc 48 Filed 11/23/15 Entered 11/23/15 11:23:13 Desc Main
Document Page 10 of 14

Exhibit B

## Form 2

Page: 10

## Cash Receipts And Disbursements Record

| Case No.: | 13-44882 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | REID, JAMES SCOTT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0696 | Account #: | ******5266 Checking Account |
| For Period Ending: | 11/20/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 29,634.00 | 214.24 | $29,419.76 |
| | | | Less: Bank Transfers/CDs | | 23,646.50 | 0.00 | |
| | | | Subtotal | | 5,987.50 | 214.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,987.50 | $214.24 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-44882 |
| **Case Name:** | REID, JAMES SCOTT |
| **Taxpayer ID #:** | **-***0696 |
| **For Period Ending:** | 11/20/2015 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5266 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $29,987.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $29,987.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********7555 Checking | $24,000.00 | $353.50 | $0.00 |
| ******5266 Checking Account | $5,987.50 | $214.24 | $29,419.76 |
| | **$29,987.50** | **$567.74** | **$29,419.76** |

**UST Form 101-7-TFR (5/1/2011)**

### Exhibit C

## Analysis of Claims Register

Case: 13-44882                                   JAMES SCOTT REID

Claims Bar Date: 07/07/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Wells Fargo Financial National Bank Wells Fargo Bank NA, <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 01/28/14 | | $2,699.12 $2,699.12 | $0.00 | $2,699.12 |
| | Fully Secured claim for installation of Empire carpet. Debtor executed reaffirmation with creditor on 2/13/14 for said asset. Secured claim shall not share in the estate claims distribution. | | | | | |
| ATTY FEES | SPRINGER BROWN, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 10/27/15 | | $1,923.50 $1,923.50 | $0.00 | $1,923.50 |
| TR COMP | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD Wheaton, IL 60187 <2100-000 Trustee Compensation> , 200 | Administrative 10/27/15 | | $3,748.75 $3,748.75 | $0.00 | $3,748.75 |
| 1 | Internal Revenue Service, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 01/27/14 | | $2,911.00 $2,911.00 | $0.00 | $2,911.00 |
| 3 | American Express Centurion Bank c o Becket and Lee LLP, <7100-900 Payments to Unsecured Credit Card Holders> , 610 | Unsecured 02/21/14 | | $13,255.40 $13,255.40 | $0.00 | $13,255.40 |
| 4 | Northbrook Bank And Trust Company c/o Crowley & Lamb, P.C. Attn: William J. Hurley, III, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/05/14 | | $646,827.43 $646,827.43 | $0.00 | $646,827.43 |
| | | | Case Total: | | $0.00 | $671,365.20 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-44882
Case Name: JAMES SCOTT REID
Trustee Name: David R. Brown

**Balance on hand:**   $             29,419.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Wells Fargo Financial National Bank Wells Fargo Bank NA | 2,699.12 | 2,699.12 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $        0.00
Remaining balance:   $   29,419.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 3,748.75 | 0.00 | 3,748.75 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 1,923.50 | 0.00 | 1,923.50 |

Total to be paid for chapter 7 administrative expenses:   $     5,672.25
Remaining balance:   $   23,747.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $   23,747.51

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,911.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 2,911.00 | 0.00 | 2,911.00 |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for priority claims: | $ | 2,911.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 20,836.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $660,082.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | American Express Centurion Bank c o Becket and Lee LLP | 13,255.40 | 0.00 | 418.43 |
| 4 | Northbrook Bank And Trust Company c/o Crowley & Lamb, P.C. Attn: William J. Hurley, III | 646,827.43 | 0.00 | 20,418.08 |

|  | Total to be paid for timely general unsecured claims: | $ | 20,836.51 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**