**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: REID, JAMES SCOTT | § § § § | Case No. 13-44882 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David R. Brown</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/18/2015 in Courtroom 240, Old Kane County Courthouse Courthouse, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>11/20/2015</u>                                By: /s/ David R. Brown
                                                                    Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REID, JAMES SCOTT  §  Case No. 13-44882
§
§
§
     Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| | *The Final Report shows receipts of :* | $ 29,987.50 |
| | *and approved disbursements of:* | $ 567.74 |
| | *leaving a balance on hand of[1]:* | $ 29,419.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | Wells Fargo Financial National Bank Wells Fargo Bank NA | 2,699.12 | 2,699.12 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  29,419.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID R. BROWN | 3,748.75 | 0.00 | 3,748.75 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 1,923.50 | 0.00 | 1,923.50 |

Total to be paid for chapter 7 administrative expenses:  $  5,672.25
Remaining balance:  $  23,747.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 23,747.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,911.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | 2,911.00 | 0.00 | 2,911.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,911.00 |
| Remaining balance: | $ | 20,836.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $660,082.83 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | American Express Centurion Bank c o Becket and Lee LLP | 13,255.40 | 0.00 | 418.43 |
| 4 | Northbrook Bank And Trust Company c/o Crowley & Lamb, P.C. Attn: William J. Hurley, III | 646,827.43 | 0.00 | 20,418.08 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 20,836.51 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

David R. Brown: /s/ David R. Brown
                                    Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
James Scott Reid  
    Debtor

Case No. 13-44882-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: ccabrales    Page 1 of 1    Date Rcvd: Nov 24, 2015  
    Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2015.
```
db              +James Scott Reid,    9 Hawkins Circle,    Wheaton, IL 60189-8463
aty             +Springer Brown, LLC,   Wheaton Executive Center,   400 S. County Farm Road,   Ste. 330,
                  Wheaton, IL 60187-4547
21238871        +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21551785         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21238872        +Arthree LLC,    3634 N. Keeler,    Chicago, IL 60641-3013
21238873         City of Chicago,    Department of Revenue,    P.O. Box 88292,    Chicago, IL 60680-1292
21238874        +Crowley & Lamb, P.C.,    c/o William J. Hurley, III,    221 N. LaSalle Street, Suite 1550,
                  Chicago, IL 60601-1224
21238875        +Diego Reyes,    3634 N. Keeler Ave.,    Chicago, IL 60641-3013
21238876        +Elizabeth Reid,    9 Hawkins Circle,    Wheaton, IL 60189-8463
21238877        +Harris N.a.,    Bmo Harris Bank - Bankruptcy Dept.,    770 N Water Street,
                  Milwaukee, WI 53202-0002
21238880        +Northbrook Bank & Trust,    c/o Wintrust Financial Corporation,    1145 N. Arlington Heights Rd.,
                  Itasca, IL 60143-3171
21238881        +Northbrook Bank & Trust Company,    1100 Waukegan Rd. Northbrook,    Northbrook, IL 60062-4663
21610885        +Northbrook Bank And Trust Company,    c/o Crowley & Lamb, P.C.,    Attn: William J. Hurley, III,
                  221 North LaSalle Street, Suite 1550,    Chicago, IL 60601-1224
21238882        +Suntrust Mortgage/cc 5,    Attn:Bankruptcy Dept,    Po Box 85092 Mc Va-Wmrk-7952,
                  Richmond, VA 23285-5092
21238884         Wells Fargo,    PO Box 660431,    Houston, TX 77266
21463518         Wells Fargo Financial National Bank,    Wells Fargo Bank NA,    PO Box 10438,
                  Des Moines IA 50306-0438
21238885         Wffnb Retail,    Cscl Dispute Tm-mac N8235-04m,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21238879         E-mail/Text: cio.bncmail@irs.gov Nov 25 2015 01:49:35      Internal Revenue Service,
                  Mail Stop 5010 CHI,    230 S. Dearborn,    Chicago, IL 60604
21238883        +E-mail/Text: vci.bkcy@vwcredit.com Nov 25 2015 01:50:52      Volkswagon Credit Inc,
                  National Bankruptcy Services,    9441 Lbj Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21238878*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO Box 21126,   Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2015 at the address(es) listed below:
```
              David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Julia D Loper    on behalf of Debtor James Scott Reid jloper@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William J. Hurley, III    on behalf of Creditor    Northbrook Bank, as successor to Lincoln Park
               Savings Bank whurley@crowleylamb.com,    docket@crowleylamb.com;ibenavides@crowleylamb.com
                                                                                              TOTAL: 5
```