Document      Page 1 of 10

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
          Chapter 7 Trustee


# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:  REID, JAMES | § Case No. 13-44882-DRC |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $827,092.50              Assets Exempt: $798,937.75
*(without deducting any secured claims)*

Total Distribution to Claimants: $23,747.51     Claims Discharged
                                                 Without Payment: $639,246.32

Total Expenses of Administration: $6,239.99

---

3) Total gross receipts of $    29,987.50    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $29,987.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,699.12 | $2,699.12 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,239.99 | 6,239.99 | 6,239.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,911.00 | 2,911.00 | 2,911.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 660,082.83 | 660,082.83 | 20,836.51 |
| **TOTAL DISBURSEMENTS** | $0.00 | $671,932.94 | $671,932.94 | $29,987.50 |

    4) This case was originally filed under Chapter 7 on November 19, 2013. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2016          By: /s/David R. Brown
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Advance commissions from employment at Logistics | 1129-000 | 29,987.50 |
| **TOTAL GROSS RECEIPTS** | | **$29,987.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Wells Fargo Financial National Bank Wells Fargo | 4210-000 | N/A | 2,699.12 | 2,699.12 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,699.12** | **$2,699.12** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Brown | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |
| David R. Brown | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| DAVID R. BROWN | 2100-000 | N/A | 3,748.75 | 3,748.75 | 3,748.75 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 1,923.50 | 1,923.50 | 1,923.50 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 12.00 | 12.00 | 12.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 24.44 | 24.44 | 24.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.22 | 25.22 | 25.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 24.37 | 24.37 | 24.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.53 | 25.53 | 25.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.08 | 28.08 | 28.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.14 | 27.14 | 27.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.00 | 28.00 | 28.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.06 | 27.06 | 27.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.92 | 27.92 | 27.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.88 | 27.88 | 27.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.65 | 30.65 | 30.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.21 | 35.21 | 35.21 |
| Rabobank, N.A. | 2600-000 | N/A | 14.73 | 14.73 | 14.73 |
| Rabobank, N.A. | 2600-000 | N/A | 32.85 | 32.85 | 32.85 |
| Rabobank, N.A. | 2600-000 | N/A | 39.20 | 39.20 | 39.20 |
| Rabobank, N.A. | 2600-000 | N/A | 41.23 | 41.23 | 41.23 |
| Rabobank, N.A. | 2600-000 | N/A | 41.02 | 41.02 | 41.02 |
| Rabobank, N.A. | 2600-000 | N/A | 45.21 | 45.21 | 45.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,239.99 | $6,239.99 | $6,239.99 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | N/A | 2,911.00 | 2,911.00 | 2,911.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,911.00 | $2,911.00 | $2,911.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Express Centurion Bank | 7100-000 | N/A | 13,255.40 | 13,255.40 | 418.43 |
| 4 | Northbrook Bank And Trust Company | 7100-000 | N/A | 646,827.43 | 646,827.43 | 20,418.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $660,082.83 | $660,082.83 | $20,836.51 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-44882-DRC  
**Case Name:** REID, JAMES  

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 11/19/13 (f)  
**§341(a) Meeting Date:** 12/17/13  

**Period Ending:** 02/19/16  
**Claims Bar Date:** 07/07/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Residence - Single Family Home At 9 Hawkins Circ | 525,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank Savings Account #Xxxx3107 Total Balan | 263.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank Checking Account #Xxxx5592 Total Bala | 663.75 | 0.00 | | 0.00 | FA |
| 4 | Ameritrade Account Xxxx2079 | 903.00 | 0.00 | | 0.00 | FA |
| 5 | Household Furniture And Furnishings. | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Flat Screen Tvs | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Dell Desktop Computer And Monitor- Four Years Ol | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Samsung Phone | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Personal Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding Ring - Gold | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Watch. | 75.00 | 0.00 | | 0.00 | FA |
| 12 | Digital Camera - Four Years Old | 250.00 | 0.00 | | 0.00 | FA |
| 13 | Life Insurance Policies With Northwestern Mutual | 43,161.17 | 0.00 | | 0.00 | FA |
| 14 | Roth Ira Nw Mutual Xxxx9922 | 8,738.58 | 0.00 | | 0.00 | FA |
| 15 | 401K Rollover Account - Merrill Edge Xxxx1r33 | 39,570.00 | 0.00 | | 0.00 | FA |
| 16 | 401K Rollover Chase Xxxx4242 | 157,633.00 | 0.00 | | 0.00 | FA |
| 17 | 401K American Funds Acct # Xxx0409 | 17,735.00 | 0.00 | | 0.00 | FA |
| 18 | Membership In Arthree, Llc, Management Company F | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2007 Honda Odyssey - Jointly Owned With Non-Fili | 2,300.00 | 0.00 | | 0.00 | FA |
| 20 | 2008 Audi S6 | 24,700.00 | 0.00 | | 0.00 | FA |
| 21 | 2002 Jeep Liberty - In Possession Of Son In Indi | 2,000.00 | 0.00 | | 0.00 | FA |
| 22 | Various Tools | 750.00 | 0.00 | | 0.00 | FA |
| 23 | Advance commissions from employment at Logistics (u)  Asset listed on Debtor's amended Schedule B. | 34,864.00 | 30,000.00 | | 29,987.50 | FA |
| 24 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |
| 25 | Possible 2013 income tax refund with wife. Subj (u) | Unknown | 0.00 | | 0.00 | FA |
| **25** | **Assets Totals** (Excluding unknown values) | **$861,956.50** | **$30,000.00** | | **$29,987.50** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-44882-DRC  
**Case Name:** REID, JAMES  

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 11/19/13 (f)  
**§341(a) Meeting Date:** 12/17/13  

**Period Ending:** 02/19/16  
**Claims Bar Date:** 07/07/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Trustee to review claims and file objections thereto if necessary and then the Final Report will be filed.

**Initial Projected Date Of Final Report (TFR):**     June 30, 2015        **Current Projected Date Of Final Report (TFR):**      November 20, 2015  (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-44882-DRC | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | REID, JAMES | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******75-55 - Checking |
| Taxpayer ID #: | **-***0696 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 02/19/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/14 | {23} | JAMES A. REID | turnover of non-exempt property Commissions due from employer | 1229-000 | 12,500.00 | | 12,500.00 |
| 03/13/14 | | JAMES A. REID | turnover of non-exempt property Reversal check returned NSF | | -12,500.00 | | 0.00 |
| 03/13/14 | {23} | | | 1229-000 | -12,500.00 | | 0.00 |
| 03/19/14 | {23} | James S. Reid | turnover of non-exempt property | 1129-000 | 17,000.00 | | 17,000.00 |
| 04/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 16,990.00 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 24.44 | 16,965.56 |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 25.22 | 16,940.34 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 24.37 | 16,915.97 |
| 07/24/14 | {23} | James S. Reid | turnover of funds | 1129-000 | 2,000.00 | | 18,915.97 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 25.53 | 18,890.44 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.08 | 18,862.36 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.14 | 18,835.22 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.00 | 18,807.22 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.06 | 18,780.16 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.92 | 18,752.24 |
| 02/04/15 | {23} | James S. Reid | turnover of funds Cashiers check drawn on JP Morgan Chase Bak | 1129-000 | 5,000.00 | | 23,752.24 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.88 | 23,724.36 |
| 02/11/15 | 1001 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 12.00 | 23,712.36 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.65 | 23,681.71 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 35.21 | 23,646.50 |
| 04/17/15 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 23,646.50 | 0.00 |

Subtotals :    $24,000.00    $24,000.00

{} Asset reference(s)                                                              Printed: 02/19/2016 11:32 AM    V.13.26

Case 13-44882    Doc 60    Filed 03/16/16    Entered 03/16/16 14:21:45    Desc Main
              Document      Page 9 of 10

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 13-44882-DRC | Trustee: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | REID, JAMES | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******75-55 - Checking |
| Taxpayer ID #: | **-***0696 | Blanket Bond: | $77,173,558.00  (per case limit) |
| Period Ending: | 02/19/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 24,000.00 | 24,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 23,646.50 | |
| | | | **Subtotal** | | **24,000.00** | **353.50** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,000.00** | **$353.50** | |

{} Asset reference(s)                                                                                                                                      Printed: 02/19/2016 11:32 AM    V.13.26

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 13-44882-DRC | | Trustee: | David R. Brown (330580) |
| --- | --- | --- | --- | --- |
| Case Name: | REID, JAMES | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5266 - Checking Account |
| Taxpayer ID #: | **-***0696 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 02/19/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/15 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 23,646.50 | | 23,646.50 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.73 | 23,631.77 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.85 | 23,598.92 |
| 06/04/15 | {23} | James S Reid | Turnover of commissions | 1129-000 | 2,500.00 | | 26,098.92 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.20 | 26,059.72 |
| 07/15/15 | {23} | James Scott Reid | drawn on Chase Bank | 1129-000 | 3,487.50 | | 29,547.22 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.23 | 29,505.99 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.02 | 29,464.97 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.21 | 29,419.76 |
| 12/29/15 | 10101 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $1,923.50 \| Claim # ATTY FEES \| Filed: $1,923.50 | 3110-000 | | 1,923.50 | 27,496.26 |
| 12/29/15 | 10102 | DAVID R. BROWN | Dividend paid 100.00% on $3,748.75 \| Claim # TR COMP \| Filed: $3,748.75 | 2100-000 | | 3,748.75 | 23,747.51 |
| 12/29/15 | 10103 | Internal Revenue Service | Dividend paid 100.00% on $2,911.00 \| Claim # 1 \| Filed: $2,911.00 | 5800-000 | | 2,911.00 | 20,836.51 |
| 12/29/15 | 10104 | American Express Centurion Bank c o Becket and Lee LLP | Dividend paid 3.16% on $13,255.40 \| Claim # 3 \| Filed: $13,255.40 | 7100-000 | | 418.43 | 20,418.08 |
| 12/29/15 | 10105 | Northbrook Bank And Trust Company c/o Crowley & Lamb, P.C.A | Dividend paid 3.16% on $646,827.43 \| Claim # 4 \| Filed: $646,827.43 | 7100-000 | | 20,418.08 | 0.00 |

| | | | ACCOUNT TOTALS | | 29,634.00 | 29,634.00 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Less: Bank Transfers | | 23,646.50 | 0.00 | |
| | | | Subtotal | | 5,987.50 | 29,634.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,987.50 | $29,634.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ****-******75-55 | 24,000.00 | 353.50 | 0.00 |
| Checking # ******5266 | 5,987.50 | 29,634.00 | 0.00 |
| | $29,987.50 | $29,987.50 | $0.00 |

{} Asset reference(s)

Printed: 02/19/2016 11:32 AM V.13.26